There is no showing that appellant is at liberty upon appeal bond or recognizance, or that she is confined in jail pending this appeal, as required. Locke v. State, 154 Tex.Cr.R. 104, 225 S.W.2d 179; Brackeen v. State, 154 Tex.Cr.R. 98, 225 S.W.2d 180; Milstead v. State, Tex.Cr.App., 262 S.W.2d 712.

In the absence of such a showing, the appeal is dismissed.

Opinion approved by the court.

his punishment was assessed at six months in jail and a fine of $500.

The record contains no notice of appeal, therefore this court is without jurisdiction.

The appeal is dismissed.

Opinion approved by the court.

## SALINAS v. STATE.

No. 26757.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

## JUD

v.

## CITY OF SAN ANTONIO et al.

No. 12627.

Court of Civil Appeals of Texas.

San Antonio.

Dec. 30, 1953.

Rehearing Denied Jan. 27, 1954.

Wayne Bagley, Canyon, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the unlawful sale of intoxicating liquor in a dry area, and